Aaron O. LOWMAN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 23, 2015

Supreme Court of Delaware.

Submitted: August 26, 2015
Decided: August 28, 2015

Court Below—Superior Court of the State of Delaware in and for Kent County, Criminal ID No. 1305008595

AFFIRMED.

Louron JOHNSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 194, 2015

Supreme Court of Delaware.

Submitted: June 22, 2015
Decided: September 18, 2015

Court Below—Superior Court of the State of Delaware in and for Sussex County, Cr. ID No. 1308018466

AFFIRMED.

Bob K. MUGO, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 694, 2014

Supreme Court of Delaware.

Submitted: September 16, 2015
Decided: September 21, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1310001662

AFFIRMED.

Darnell O. PIERCE, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 271, 2015

Supreme Court of Delaware.

Submitted: July 17, 2015
Decided: September 21, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County, Cr. ID 0503002489A

AFFIRMED.